**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Phillip L. Williams, | No. CV 07-397-PHX-MHM |
| Plaintiff, | **ORDER** |
| vs. | |
| John Hancock Variable Life Insurance Company, | |
| Defendant. | |

Presently pending before the Court is Plaintiff's Motion for Leave to File an Amended Complaint (Doc. 20) and Defendant's Motion to Dismiss (Doc. 7). To Defendant's Motion to Dismiss, Plaintiff has filed a Response and Defendant has filed a Reply. The Court considers the papers submitted and issues the following Order.

Defendant moved to dismiss Plaintiff's Complaint because Plaintiff sought specific performance when the complaint alleged that an adequate remedy at law was available. On April 26, 2007, Plaintiff filed an Amended Complaint (Doc. 16). The Court issued a Notice of Filer Deficiency stating that the document had been filed improperly without seeking leave of the Court (Doc. 18). Plaintiff then filed a Motion for Leave to Amend his Complaint (Doc. 20) and lodged the Amended Complaint (Doc. 19). In both Plaintiff's filed Amended Complaint and his lodged Amended Complaint, Plaintiff seeks money damages. In its Reply,

1  Defendant agrees that if the Court accepts for filing Plaintiff's Amended Complaint,
2  Defendant's Motion to Dismiss will be moot.
3      Pursuant to Rule 15 of the Federal Rules of Civil Procedure, "[a] party may amend the
4  party's pleading once as a matter of course at any time before a responsive pleading is served.
5  . ."  See Fed.R.Civ.P. 7.  A motion to dismiss is not a responsive pleading.  Miles v.
6  Department of Army, 881 F.2d 777, 881 F.2d 777, 781 (9th Cir. 1989); Graham v. Goodyear
7  Aerospace Corp., 120 Ariz. 275, 276, 585 P.2d 884, 885 (App.1978).
8      Here, the Defendant has not filed a responsive pleading.  Plaintiff was free to file his
9  first amended complaint as a mater of right pursuant to Rule 15, Fed.R.Civ.P.  The Court
10 erred by issuing the filer deficiency stating that Plaintiff's Amended Complaint was filed in
11 error.
12     Accordingly,
13     **IT IS ORDERED** that Plaintiff's Amended Complaint (Doc. 16) is deemed
14 appropriately filed.  The Clerk's Office is directed to file Plaintiff's Amended Complaint.
15     **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File an Amended
16 Complaint (Doc. 20) is denied as moot.
17     **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (Doc. 7) is denied
18 as moot.
19     **IT IS FURTHER ORDERED** that Defendant shall have 20 days from the date the
20 Clerk's Office files the Amended Complaint to respond.
21     DATED this 22nd day of May, 2007.

_____
Mary H. Murgula
United States District Judge